UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

SHAHAR KENAN and MAGDALENA KULISZ,

Plaintiffs,

-against-

BOWERY RESIDENTS' COMMITTEE, INC.; THE CITY OF NEW YORK; REGINA CATERERS, INC.; and JOHN/JANE DOE 1–10,

Defendants.

----------------------------------------------------------------X

Case No.: 1:26-cv-02608-OEM-PK

**NOTICE OF APPEARANCE**

**C O U N S E L O R S:**

**PLEASE TAKE NOTICE**, that JENNA L. FIERSTEIN, of GALLARDO LEVIN REITER & ROGERS, LLP, hereby appears on behalf of defendant, BOWERY RESIDENTS' COMMITTEE, INC., in the above-captioned matter. This notice is solely for the purpose of receiving ECF alerts from the District Court and does not in any way affect the defendant's right to contest jurisdiction or service.

Dated: Jericho, New York
August 15, 2026

Yours, etc.,

GALLARDO LEVIN REITER
& ROGERS, LLP

By: *Jenna L. Fierstein*

JENNA L. FIERSTEIN
Attorneys for Defendant
BOWERY RESIDENTS'
COMMITTEE, INC.
100 Jericho Quadrangle, Suite 242
Jericho, New York 11753
(516) 931-1800
File No.: 20-2915

**TO: ALL PARTIES VIA ECF**